UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| JIMMIE EMERY | : | CIVIL ACTION NO.: _____ |
| VERSUS | : | JUDGE: _____ |
| OPELOUSAS HOUSING AUTHORITY | : | MAGISTRATE: _____ |
| | : | VERIFICATION |

## VERIFICATION

STATE OF LOUISIANA

PARISH OF LAFAYETTE

**K. WADE TRAHAN**, of the City of Youngsville, Parish of Lafayette, State of Louisiana, being of the lawful age and being duly sworn on oath, deposes and says that he is the attorney for Defendant, OPELOUSAS HOUSING AUTHORITY., in the aforesaid Notice of Removal; that he has prepared and read the foregoing Notice of Removal; that he has the authority to make this affidavit; and that the matters and things therein contained and the contents thereof are true and correct to his personal knowledge.

_____
K. WADE TRAHAN

**SWORN TO AND SUBSCRIBED** before me, Notary Public, in and for the aforesaid parish and state, on this 28th day of May, 2020.

_____
NOTARY PUBLIC