UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| JIMMIE EMERY | : | CIVIL ACTION NO.: 6:20-cv-00671 |
| VERSUS | : | JUDGE: SUMMERHAYS |
| OPELOUSAS HOUSING AUTHORITY | : | MAGISTRATE: WHITEHURST |
| | | AFFIRMATION OF SETTLEMENT DISCUSSIONS |

## AFFIRMATION OF SETTLEMENT DISCUSSIONS

**NOW INTO COURT,** though undersigned counsel comes THE HOUSING AUTHORITY FOR THE CITY OF OPELOUSAS ("Defendant") who respectfully submits this Affirmation of Settlement Discussions as mandated by the applicable Scheduling Order issued by this court.

1) Plaintiff in this matter, Jimmie Emery, is proceeding pro se without the benefit of counsel.

2) As such a meeting amongst counsel did not occur however, there have been discussions with Plaintiff regarding a potential resolution of this claim. These discussions were originally held during and following Emery's deposition on March 12, 2021 and by telephone on September 14, 2021.

3) Counsel for the Defendant initiated both conferences and will continue to discuss with Emery a potential resolution of this claim.

Respectfully submitted,

**The Dill Firm, A.P.L.C.**

BY:      */s/ K. Wade Trahan*
K. WADE TRAHAN (Bar Roll #20474)
MICHAEL WYNNE (Bar Roll #36096)
825 Lafayette Street
Post Office Box 3324
Lafayette, Louisiana 70502-3324
Telephone: (337) 261-1408
Facsimile: (337) 261-9176
ATTORNEYS FOR OPELOUSAS
HOUSING AUTHORITY

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 15TH day of September 2021, a copy of the foregoing pleading was filed electronically with the Clerk of Court using CM/ECF system. Notice of this filing will be sent to counsel for all parties to this proceeding by operation of the court's electronic filing system.

*/s/ K. Wade Trahan*
K. WADE TRAHAN