UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| JIMMIE EMERY | CASE NO. 6:20-CV-00671 |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| HOUSING AUTHORITY OPELOUSAS | MAGISTRATE JUDGE CAROL B. WHITEHURST |

## JUDGMENT

Presently before the Court is the Motion for Summary Judgment [ECF No. 10] filed by Defendant Housing Authority for City of Opelousas. Plaintiff opposes the motion. For the reasons set forth in the Court's Memorandum Ruling,

IT IS ORDERED THAT the Motion for Summary Judgment [ECF No. 10] filed by Defendant Housing Authority for City of Opelousas is GRANTED; all claims asserted by Plaintiff are DISMISSED.

THUS DONE in Chambers on this 17th day of September, 2021.

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE